IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

LINDA JOY SMITH STANLEY,

    Plaintiff,

v.

BANK OF AMERICA CORPORATION, *et al.*,

    Defendants.

Civil Action No. 3:05cv00485

## ORDER

THIS MATTER CAME before the Court on the parties' joint motion for establishment of a schedule for the briefing of the Defendants' Motions to Dismiss, Plaintiff's Motion to Remand, and, Plaintiff's Amended Motion to Remand which was filed on December 21, 2005. In the interests of economy and efficiency, and to afford the parties some opportunity to continue their ongoing efforts to resolve this litigation without expending further resources, the parties propose that the Defendants be allowed to file one brief serving as a Reply Brief in support of their Motions to Dismiss and a Brief in opposition to the Plaintiff's original and Amended Motions to Remand, and Plaintiff may then file a Reply Brief in support of her original and Amended Motions to Remand. Based on the representations of counsel, and, it appearing in the best interests of justice to do so, it is hereby ORDERED that the parties' motion is GRANTED, and the Defendants shall file a Brief serving as their Reply in support of their Motions to Dismiss and their opposition to the Plaintiff's original and Amended Motions to Remand on or before January 12, 2006, and, the Plaintiff shall file a Reply Brief in support of her original and Amended Motions to Remand on or before January 26, 2006.

DATED this ~~5t~~ day of ~~December~~ Jan, 200~~5~~6

December ____, 2005

Charlotte, North Carolina
Judge

/s/ Graham C. Mueller
United States District/~~Magistrate~~ Judge

WE ASK FOR THIS:

| _____/s/ Gavin B. Parsons_____ | Patricia P. Kerner, Esquire (NC SBN |

13005) Gavin B. Parsons, Esquire (NC SBN 28013) Eric W. Schwartz, Esquire (Of Counsel) Troutman Sanders LLP 434 Fayetteville Street Mall Two Hannover Square, Suite 1100 Raleigh, NC 27601 Telephone: (919) 212-4100 Facsimile: (919) 212-4101 *Counsel to Defendant Defendants MetLife General Insurance Agency, Inc. and Bank of America Corporation*     _____/s/ Jeffrey A. Long_____
Jeffrey A. Long, Esquire (NC SBN 28645) Richard B. Fennell, EsquireJames, Mcelroy & Diehl, P.A. 600 South College Street Suite 3000 Charlotte, NC 28202 Telephone: (704) 372-9870 Facsimile: (704) 247-9870 *Counsel for Plaintiff*

304754