# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Charlotte Division

LINDA JOY SMITH STANLEY,

    Plaintiff,

v.

Civil Action No. 3:05cv00485

BANK OF AMERICA CORPORATION, *et al.*,

    Defendants.

## ORDER

THIS MATTER CAME before the Court on the motion of Plaintiff Linda Joy Smith Stanley and Defendants MetLife General Insurance Agency, Inc. and Bank of America Corporation, for an Order remanding this case without the Court's disposition of Defendants' Motions to Dismiss or Plaintiff's Motion to Remand. Based upon the parties' agreement and it appearing that the best interests of justice would be served thereby, the Consent Motion to Remand is GRANTED, and it is ORDERED that the action is herby remanded to the hereby North Carolina General Court of Justice, Mecklenburg County Superior Court Division, each party to bear its costs and attorney's fees.

This 22 day of January, 2006.

Graham C. Mullen
Chief United States District Judge

1